Jay M. Ross, Bar No. 151750
jross@hopkinscarley.com
Liam J. O'Connor, Bar No. 246638
loconnor@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Plaintiff
WESTERN ALLIANCE BANK

*Judge Edward J. Davila*
*1/14/2019*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WESTERN ALLIANCE BANK, an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMPORIUM, INC.; and DOES 1-10,<br><br>Defendants. | CASE NO. 5:18-cv-07753-EJD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Judge: Hon. Edward J. Davila<br>Notice of Removal: December 27, 2018<br>Trial Date: None |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

697\3185976.2

STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL
RULES OF CIVIL PROCEDURE    5:18-CV-07753-EJD

| | |
|---|---|
| 1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Western |
| 2 | Alliance Bank and Defendant Comporium, Inc., by and through their respective counsel, hereby |
| 3 | stipulate to the dismissal of all claims in this action without prejudice, with each party to bear its |
| 4 | own fees and costs, with such dismissal to be effective immediately upon the filing of this |
| 5 | stipulation. |

Dated: January 14, 2019         HOPKINS & CARLEY
                                A Law Corporation


                                By: */s/ Liam J. O'Connor*
                                    Jay M. Ross
                                    Liam J. O'Connor
                                    Attorneys for Plaintiff
                                    WESTERN ALLIANCE BANK

Dated: January 14, 2019         DIAMOND MCCARTHY LLP


                                By: */s/ Lesley Anne Hawes*
                                    Christopher D. Sullivan
                                    Lesley Anne Hawes
                                    Roxanne Bahadurji
                                    Attorneys for Defendant
                                    COMPORIUM, INC.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

697\3185976.2
STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL
RULES OF CIVIL PROCEDURE                                          5:18-CV-07753-EJD

| | |
|---|---|
| 1 | **ATTESTATION OF E-FILED SIGNATURE** |
| 2 | Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in |
| 3 | the filing of this document from all signatories for whom a signature is indicated by a |
| 4 | "conformed" signature (/s/) within this electronically filed document and I have on file records to |
| 5 | support this concurrence for subsequent production to the Court if so ordered or for inspection |
| 6 | upon request. |

Dated: January 14, 2019

HOPKINS & CARLEY
A Law Corporation

By: /s/ *Liam J. O'Connor*
Jay M. Ross
Liam J. O'Connor
Attorneys for Plaintiff
WESTERN ALLIANCE BANK

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

697\3185976.2
STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL
RULES OF CIVIL PROCEDURE

5:18-CV-07753-EJD